

April 6, 2023                                                                          Matthew Cono Capozzoli
                                                                                      mcapozzoli@leechtishman.com

*Via ECF*

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Lat Long Infrastructure, LLC et al v. City Capital NY, LLC et al.,
>       23-cv-00810-ENV-TAM

Dear Judge Vitaliano,

I write on behalf of Plaintiffs to present the Court with a joint proposed briefing schedule for the motion to compel arbitration that defendants City Capital NY, LLC, Dynasty Capital 26, LLC, Legacy Capital 26, LLC, Yoel Getter, Chanan Fuzailov, and Gavriel Yitzchakov (collectively, "Moving Defendants") intend to file.  Plaintiffs and Moving Defendants have agreed as follows:

- Motion to be served on or before April 21, 2023

- Opposition to be served on or before May 22, 2023

- Reply, if any, to be served on or before June 7, 2023

                                        Respectfully submitted,

                                        LEECH TISHMAN ROBINSON BROG, PLLC


                                        /s/Matthew Cono Capozzoli
                                        Matthew Cono Capozzoli

LEECH TISHMAN ROBINSON BROG, PLLC

875 Third Avenue, 9th Floor  |  New York, New York 10022  |  T: 212.603.6300  |  F: 212.956.2164

LEECHTISHMANRB.COM